UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID CASTILLO-JIMENEZ,<br><br>        Defendant. | CASE NO.:  21CR2038-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Castillo-Jimenez's Motion Hearing/Trial Setting, currently scheduled for August 27, 2021, be continued to *September 24, 2021, at 1:30 p.m*. Time is excluded to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: August 17, 2021

Hon. Janis L. Sammartino
United States District Judge